B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
### Western District of Texas

Scott Lambright & Sharon Lambright

In re _____,
         *Debtor*

Case No. 15-10086
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.  Creditor's Name: FreedomRoad Financial

2.  Amount of the debt subject to this reaffirmation agreement:
    $ 2,374.08 on the date of bankruptcy   $ 2,374.08 to be paid under reaffirmation agreement

3.  Annual percentage rate of interest: 6.25 % prior to bankruptcy
    6.25 % under reaffirmation agreement ( ✔ Fixed Rate ___ Adjustable Rate)

4.  Repayment terms (if fixed rate): $ 84.71 per month for 39 months

5.  Collateral, if any, securing the debt: Current market value: $ 3,145.00
    Description: 2008 APRILLA SCARABEO 500, VIN#ZD4VRC0088S000345

6.  Does the creditor assert that the debt is nondischargeable? ___ Yes ✔ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

**Debtor's Schedule I and J Entries**

**Debtor's Income and Expenses as Stated on Reaffirmation Agreement**

7A. Total monthly income from $ 3514.72
    Schedule I, line 12

7B. Monthly income from all $ 3514.72
    sources after payroll deductions

8A. Total monthly expenses $ 2866.40
    from Schedule J, line 22

8B. Monthly expenses $ 2866.40

9A. Total monthly payments on $ 0
    reaffirmed debts not listed on
    Schedule J

9B. Total monthly payments on $ 0
    reaffirmed debts not included in
    monthly expenses

10B. Net monthly income $ 648.32
    (Subtract sum of lines 8B and 9B from
    line 7B. If total is less than zero, put the
    number in brackets.)

11.   Explain with specificity any difference between the income amounts (7A and 7B):

12.   Explain with specificity any difference between the expense amounts (8A and 8B):

       If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                    required if line 11 or 12 is completed)

**Other Information**

☐     Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
_____ Yes                    _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
_____ Yes                    _____ No

**FILER'S CERTIFICATION**

       I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

_____
Print/Type Name & Signer's Relation to Case

B240A. Reaffirmation Documents                                                                                    Page 2

D.  Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☐        $_____ per month for _____ months starting on_____.

☑        Describe repayment terms, including whether future payment amount(s) may be different from
the initial payment amount.

$84.71/mo. until paid in full. Except as modified below, the terms of the attached Promissory Note and
Security Agreement are hereby incorporated by reference. This reaffirmation agreement is void if the
underlying security agreement is determined to be unenforceable or invalid by the Bankruptcy or other
Court of competent jurisdiction

E.  Describe the collateral, if any, securing the debt:

Description:                2008 APRILLA......000345
Current Market Value        $                                    3,145.00

F.  Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑ Yes.  What was the purchase price for the collateral?          $                    4,253.65

☐ No.   What was the amount of the original loan?               $

G.  Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

|  | Terms as of the<br>Date of Bankruptcy | Terms After<br>Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $          2,374.08 | $          2,374.08 |
| Annual Percentage Rate | 6.250 % | 6.25 % |
| Monthly Payment | $     84.71 | $     84.71 |

H. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with
this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
future credit and any other terms on future purchases and advances using such credit:

# PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.  ☑ Yes      ☐ No

B. Is the creditor a credit union?

Check one.  ☐ Yes      ☑ No

B240A. Reaffirmation Documents                                                                           Page 4

## PART III.  CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

    (1)    I agree to reaffirm the debt described above.

    (2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

    (5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date __2/24/15__    Signature _____
                                   *Debtor*

Date __4/24/15__    Signature _____
                                 *Joint Debtor, if any*

## Reaffirmation Agreement Terms Accepted by Creditor:

Creditor __FreedomRoad Financial, c/o CRG,__    __1790 E. River Rd., Ste. 101, Tucson, AZ 85718__
                 *Print Name*                                 *Address*

__Nichlas P. Spallas_____
    *Print Name of Representative*                *Signature*        __3-6-15__
                                                         *Date*

## PART IV.  CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date __3/2/15__ Signature of Debtor's Attorney _____

    Print Name of Debtor's Attorney __H. BRYAN HICKS_____

## PART V.  DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.  DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.  **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B. INSTRUCTIONS

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.   DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

# STATE OF WASHINGTON
# Vehicle Certificate of Title

### Title Number
### 1312947750

| License Number | Vehicle Identification Number (VIN) | Year | Make | Model | Style | Series/Body |
|---|---|---|---|---|---|---|
| 4C4990 | ZD4VRC0008S000345 | 2008 | APRIL | | | SCARABEO |

| Date of Application | Odometer Miles | Odometer Status | | Fuel Type | |
|---|---|---|---|---|---|
| 05/09/2013 | 0000005 | A | | G | |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 00485 | | BLUE | | |

**Comments**

3499-2008

**Brands**

Sale price $ _____

Date of sale _____

Legal Owner: To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties. Buyer: You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

| Legal Owner | Registered Owner |
|---|---|
| FREEDOMROAD FINANCIAL | LAMBRIGHT,SHARON A |
| 10605 DOUBLE R BLVD | LAMBRIGHT,SCOTT R |
| SUITE 100 | 47 LOWER DAM RD |
| RENO, NV 89521-9500 | 434 |
| | PORT ANGELES, WA 98363 |

**X** _____  Date
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

**X** _____  Date
Signature of registered owner release all interest in the vehicle described above. If signing for a business, include business name, signature and title.

**X** _____  Date
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

**X** _____  Date
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

I certify that the records of the Department of Licensing show the persons named herein as registered owners and legal owners of the vehicle described.

Director, Department of Licensing

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

*I certify, to the best of my knowledge, the odometer reading is:* ▶ _____ (no tenths)  Transfer date _____
Odometer reading in miles

*This reading is (check one):* ☐ the actual mileage of the vehicle  ☐ in excess of its mechanic limits  ☐ not the actual mileage.

**X** _____
Signature of transferee/buyer

**X** _____
Signature of transferor/seller

PRINTED name of transferee/buyer

PRINTED name of transferor/seller

Address of transferee/buyer

Address of transferor/seller

*Assignment by registered owner*

*Keep in a safe place.  Any alteration or erasure voids this title.*



## PROMISSORY NOTE, DISCLOSURE AND SECURITY AGREEMENT

**FreedomRoad Financial**
A DIVISION OF EVERGREEN BANK GROUP

**LENDER**

**BORROWER(S)**

NAME _Sharon Lambright_

NAME _Scott Lambright_

DEALER _Moto International_

ADDRESS _47 Lower Dam Road #34_

ADDRESS _Port Angeles, WA 98363-9500_

ADDRESS

### DESCRIPTION OF MOTOR VEHICLE PURCHASED:

| New or Used | Year | Make and Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|
| ☑ New ☐ Used | 2008 | Aprilia Scarabeo 500ie Scooter | ZD4VRC0008S000345 | ☑ Personal ☐ Business |

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.25 % | $ 727.20 (e) | $ 4355.40 | $ 5082.60 (e) |

(e) means an estimate

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due _5th of each month_ Monthly Beginning _June, 2013_ |
|---|---|---|
| ~60~ | 84.71 | |
| | | |
| | | |

**Security:** You are giving Us a security interest in the Motor Vehicle being purchased.
**Late Charge:** If a payment is more that 10 days late, You will be charged five percent (5%) of the full amount of the scheduled payment.
**Filing Fee:** $
**Prepayment Charge:** If You pay off early, You will not have to pay a penalty; and will not be entitled to a refund of a part of the finance charge.
See Your contract documents for any additional information about nonpayment, default, any required prepayment in full before the scheduled date, and prepayment penalties.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Sale Price (including any accessories, extras, services, and taxes) .................................................. $ 4253.65 (1)
2. Total Downpayment = Net Trade-in $ _____ + Cash Downpayment $ _____
   Your Trade-in is a _____ ........................................................................................ $ 0 (2)
3. Unpaid Balance of Cash Price (Amount paid on Your Account) (1 minus 2) paid to dealer ...................... $ 4253.65 (3)
4. Amounts Paid to Others on Your Behalf:
   A. To: Credit Insurance Company (single life) .......................................................... $ _____ *
   B. To: Credit Insurance Company (joint life) ........................................................... $ _____ *
   C. To: Accident and Health Insurance Company ...................................................... $ _____ *
   D. To: Public Officials, For Title, License, Lien Fee and Registration Fees (itemize) ......... $ 101.75
      _WA Dept. of Licensing_
   E. Other Charges (identify Who Must Receive Payment and Describe Purpose):
      To: _____ For Service Contract .......................... $ _____ *
      To: _____ For Debt Cancellation Coverage ............ $ _____ *
      To: _____ For: _____ ....................... $ _____ *
      To: _____ For: _____ ....................... $ _____ *
      Total Other Charges and Amounts Paid to Others on Your Behalf .................................... $ 101.75 (4)
5. Prepaid Finance Charges:
   A. Loan Processing Fee ......................................................................... $ _____
   B. Other: _____ .................................................................. $ _____
   Total Prepaid Finance Charges .......................................................................................... $ 0 (5)
6. Principal Amount (3 + 4 + 5) ............................................................................................... $ 4355.40 (6)
7. Amount Financed (6 minus 5) ............................................................................................. $ 4355.40 (7)

*Dealer may share in or receive a portion of these amounts.

**CREDIT INSURANCE DISCLOSURE: YOU ARE REQUESTING CREDIT INSURANCE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN.** Please review the information provided by the insurer for more detail concerning the terms and conditions. Please check the appropriate box(es) and sign below if You wish to purchase insurance:

☐ Single Credit Life Insurance (Borrower only)　☐ Credit Disability Insurance (Borrower only)

☐ Joint Credit Life Insurance

Insurer(s): _____

Address: _____

| Credit Life: | Term: _____ | Premium $ _____ | | Joint Credit Life: | Term: _____ | Premium $ _____ |
| Credit Disability: | Term: _____ | Premium $ _____ | Other: _____ | | Term: _____ | Premium $ _____ |

X_____　　　　　X_____
　Borrower　　　　　　　Date　　　　　　　　Co-Borrower　　　　　　　Date

**OPTIONAL GUARANTEED AUTO PROTECTION DISCLOSURE: YOU ARE REQUESTING GAP COVERAGE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN AND THAT YOU MAY PURCHASE IT FROM ANY COMPANY YOU WANT WHICH IS AUTHORIZED TO SELL SUCH COVERAGE AND IS ACCEPTABLE TO US.** If You wish to purchase Gap coverage under this Agreement and You agree to pay the additional cost for the coverage, please sign below.

I request Gap coverage and agree to pay the additional cost of $ _____
The Gap company is _____ at _____
　　　　　　　Name of company　　　　　　　　　　　　Office Address

X_____　　　　　X_____
　Borrower　　　　　　　Date　　　　　　　　Co-Borrower　　　　　　　Date

**PROPERTY INSURANCE:** You understand that You are required to purchase property insurance on the Motor Vehicle. You can buy this insurance through any person of your choosing acceptable to Us (please see reverse side for what could happen if You do not maintain such insurance.)

**PROMISE TO PAY:** You promise to pay to the order of FreedomRoad Financial, the Principal Amount (shown above) plus interest at the Contract Rate of _____ from the date You sign this Agreement and continuing until Your loan is paid in full. You agree to make regular monthly payments in accordance with the payment schedule shown above. You may prepay all or any part of the unpaid principal balance without paying any penalty. If You prepay, we will not refund to You any portion of the finance charge. If we have not received the full amount of any payment by the end of ten (10) calendar days after it is due, You may be required to pay a late charge equal to five percent (5%) of the full amount of the scheduled payment. If any payment under this Agreement is made with a check or other instrument that is dishonored for any reason, You agree to pay Us a returned check fee of Twenty-five dollars ($25) in addition to any other amounts or charges You may owe Us. Interest will be charged on a daily basis of 1/365 beginning on the date You sign this Agreement to purchase or refinance the Motor Vehicle described above and continuing until the full amount of the principal balance has been paid. This means the amount of interest You pay will be less if You make your payments early and more if You pay late.

**ADDITIONAL TERMS AND CONDITIONS.** Please see the reverse side for additional terms and conditions. You are bound by these terms in the same manner as if they were printed on the front.

**SIGNATURE.** By signing below, You agree to all of the terms of this Agreement and request Us to issue the proceeds of this Note. You acknowledge receiving a copy of this Agreement.

**NOTICE TO COSIGNER.** You are being asked to guarantee this debt. As a co-signer You are responsible for paying the entire debt. If the borrower doesn't pay the debt, You will have to. Be sure You can afford to pay if You have to and that You want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs which increases this amount. FreedomRoad Financial can collect this debt from You without first trying to collect from the borrower. FreedomRoad Financial can use the same collection methods against You that can be used against the borrower, such as suing You, garnishing Your wages, etc. If this debt is ever in default, that fact may become a part of Your credit record. This notice is not the contract that makes You liable for this debt.

**NOTICE TO CONSUMER. (1)** Do not sign this Agreement before You read it; **(2)** You are entitled to a copy of this Agreement: **(3)** You may, at any time, prepay the unpaid balance of this Agreement.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE ENTIRE CONTRACT BEFORE YOU SIGN IT.**

_____　　5/4/13　　　_____　　5/4/13
Borrower's Signature　　　　　　　Date　　　　Borrower's Signature　　　　　　　Date

_____
Borrower's Signature　　　　　　　Date

FR020107

　　　　White - Original - FreedomRoad　　　Canary - FreedomRoad Copy　　　Pink - Dealer Copy　　　Gold - Borrower Copy